IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 22 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 19-cr-70 (BAH) |
| KESSEY DURAND, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Had this matter proceeded to trial, the undersigned parties agree that the United States would have proven the following facts, among others, beyond a reasonable doubt:

The defendant worked at the Pension Benefit Guaranty Corporation ("PBGC") from January 2 to February 23, 2018, in Miami, FL.

PGBC is a federal corporation within the U.S. Department of Labor that provides pension benefits to participants of private-sector defined benefit plans after those plans are terminated. PBGC maintains a plan participant database that contains the names and the associated pension plan of the participants as well as unique identifiers such as social security numbers, dates of birth, residential details, and banking and routing information. PBGC transmits electronic funds transfer instructions every month from Washington, DC, to PBGC's paying agent, BANK-1. BANK-1 pays monthly benefits to retirees and beneficiaries on behalf of PBGC.

PBGC allows plan participants to conduct certain transactions regarding their pension benefits through an online web application called MyPBA, accessible at https://mypba.pbgc.gov, that is hosted on a server located in Washington, DC. These transactions include applying for benefits, changing address or email information, and applying and editing electronic direct deposit ("EDD") information.

PBGC also operates a call center located in Kingstowne, VA, that allows plan participants to change their address, email, and EDD information.

On March 31, 2003, PBGC assumed responsibility for a retirement income plan for COMPANY-1, and began paying the defined benefit pensions of some of COMPANY-1's employees and retired employees in accordance with that plan.

From on or about January 13 into June of 2018, the defendant, Kessey Durand, having devised a scheme or artifice to defraud, or for obtaining money by means of false and fraudulent pretenses, representations, or promises, transmitted or caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

Using information he obtained from the PBGC pension plan participant database, the defendant changed or attempted to change the EDD information for at least 21 COMPANY-1 pension plan participants so that PBGC, through BANK-1, would pay those participants' monthly benefits to bank accounts controlled by the defendant rather than the participants. In some instances, the defendant created or changed MyPBA accounts for the plan-participant victims through the MyPBA web application. In others, the defendant called the PBGC call center purporting to be a plan participant. The defendant instructed PBGC to change the EDD information for some participants to accounts at Metabank—a federally chartered savings bank headquartered in Sious Falls, SD—controlled by the defendant. The defendant created those Metabank accounts also using information he obtained from the PBGC pension plan participant database.

In no case did the defendant have the authority to change EDD information on behalf of a participant.

The defendant cashed out at least part of the stolen funds using prepaid reloadable debit cards connected to the Metabank accounts he created. Those cash-out transactions included cash-back transactions at retail outlets in the Miami, FL, area.

By fraudulently instructing PBGC to direct plan-participants' EDD payments to accounts under his control, the defendant acquired approximately $39,663 in pension payments to which he was not entitled. In particular, the defendant diverted pension payments from the following victims:

| Victim Participant | Date of Unauthorized EDD Change (EST) | Amount of Pension Payment Diverted |
|---|---|---|
| R.G. | 1/16/2018 | $6,323.92 |
| D.H. | 2/11/2018 | $5,129.12 |
| D.J. | 2/12/2018 | $3,858.01 |
| D.M. | 2/6/2018 | $6,302.84 |
| H.H. | 3/14/2018 | $2,443.75 |
| T.L. | 3/14/2018 | $2,665.30 |
| S.S. | 3/15/2018 | $2,011.13 |
| S.R. | 3/15/2018 | $1,319.23 |
| W.S. | 5/10/2018 | $5,546.36 |
| J.B. | 5/16/2018 | $4,063.78 |

In addition to the successfully diverted pension payments listed above, the defendant attempted to change the EDD information for the pension payments of 11 additional plan participants. The monthly gross pension payments for all the affected accounts—those belonging to the plan participants whose payments the defendant successfully diverted as well as those belonging to the plan participants whose payments the defendant intended but failed to divert—totaled $107,123.46.

//

//

//

|  |  |
|---|---|
| Date: 3/21/19 | JESSIE K. LIU<br>UNITED STATES ATTORNEY<br><br>By: _____<br>W. Joss Nichols<br>SPECIAL ASSISTANT UNITED STATES ATTORNEY |

**DEFENDANT'S ACKNOWLEDGMENT**

I have read each of the four pages constituting this Statement of Offense, understand it, and agree that it is true and accurate. While it is not a complete recitation of all that I did or all that I know, it represents some of my conduct and some of my knowledge concerning my own involvement in illegal activity. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 3/20/19    By: _____
Kessey Durand
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read each of the four pages constituting this Statement of Offense, reviewed them with my client, and discussed it with my client.

Date: 3/20/19    By: _____
Daniel J. Izquierdo
Counsel for Defendant Kessey Durand

4